IN THE SUPREME COURT OF TEXAS

 No. 06-0580

 IN RE JUAN JOSE ESCAMILLA, SR. AND OLGA ESCAMILLA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed July 11, 2006, is
granted. All trial court proceedings, in Cause No. 2005PB6000086L2,
styled In the Guardianship of Esmeralda Sillas, an incapacitated person, in
the County Court at Law No 2 of Webb County, Texas, are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 11, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk